**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

| | |
|---|---|
| **LONA SUSAN HELTON**<br>5648 Lick Creek Road<br>Salyersville, Kentucky 41465<br><br>**Plaintiff**<br><br>v.<br><br>**SOUL OF MOTOWN**<br><br>Serve: Registered Agent:<br>Douglas Miranda<br>2330 Parkway<br>Pigeon Forge, TN 37863<br><br>**Defendant** | ) Civil Action No. _____<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

***ELECTRONICALLY FILED***
_____

**AMENDED COMPLAINT**
_____

Comes now the Plaintiff, Lona Susan Helton, by and through counsel, and for her cause of action herein, states as follows:

1. That the Plaintiff, Lona Susan Helton, is a resident of Magoffin County, Salyersville, Kentucky, with a mailing address of 5648 Lick Creek Road, Salyersville, Kentucky 41465, and has been a resident of Salyersville, Magoffin County, Kentucky, and the Commonwealth of Kentucky at the time of the incident and all times relevant to this action.

2. That the Defendant, Soul of Motown, Sevier County, Tennessee, is and was at all times relevant herein, a business of Sevier County, Tennessee with a mailing address of Grand Majestic Theater, 2330 Parkway, Pigeon Forge, Tennessee 37863.

3. The Defendant, DDM Productions, LLC, is a Corporation that is Inactive with the Tennessee Secretary of State. The service of process address and agent is Douglas Miranda, 2330 Parkway, Pigeon Forge, Tennessee 37863-3253.

4. The injuries which give rise to this action occurred in Pigeon Forge, Sevier County, Tennessee, and therefore, jurisdiction and venue is proper with this Court.

5. The amount in controversy exceeds the judicial minimum limits of this Court, and therefore, the same is appropriate for this Court.

6. On or about 20th day October 2023, the Plaintiff, Lona Susan Helton, was an invitee to the property of Soul of Motown, While as an invitee, Mrs. Helton slipped and fell while going to the bathroom and hit the floor as a result of unknown and unseen slippery and dangerous condition, causing Mrs. Helton to fall suddenly to the floor, without notice, causing permanent injuries. This property at all times was under control and of the Defendant, Soul of Motown, and they owed a duty to Mrs. Helton.

7. That on or about the 20th day of October, 2023, the Plaintiff, Lona Susan Helton, was injured as a result of a slip and fall, which was the direct result of the negligence of the Defendant, due to the failure of the Defendant to exercise reasonable care to inspect the premise for such dangerous conditions and take reasonable precautions to protect the Plaintiff from these conditions, as required as an business owner, including compliance with the Sevier County regulations for business to maintain

on their property, and provide reasonable notice of any latent defects or hazards to the public.

8. That the Defendant have breached this duty by failing to protect the Plaintiff, Lola Susan Helton, from these dangerous conditions, and further failing to adhere to Sevier County regulations for the maintenance, upkeep and or supervision of the premises in relationship to invitees to the same, including providing notice of such known hazards.

9. That as a proximate cause of the accident occurring on the 20th day of October 2023, the Plaintiff, Lona Susan Helton, was severely and permanently injured resulting in past, present, and future loss of wages, medical expenses, pharmaceutical expenses, as well as pain and suffering attributed to this breach of duty by the Defendant.

10. That the Defendant knew or should have known of the hazardous conditions that had been created requiring the Defendant to act to protect their invitees from these dangers and prevent their invitees from injuries and or damage from said hazardous condition on said property.

11. As a result of the Defendant breach of duty, the Plaintiff has been injured accordingly in an undetermined amount, necessitating a Trial by Jury to compensate her for her past, present, and future medical expenses, pharmaceutical expenses, wage loss, impairment to earn money, emotional distress, pain and suffering, and permanent scarring.

**WHEREFORE,** the Plaintiff, Lona Susan Helton, respectfully demands the following:

1. That the Clerk of the Court issue Summons to Defendant, Soul of Motown, Registered Agent, Douglas Miranda, 2330 Parkway, Pigeon Forge, Tennessee 37863 and direct a copy thereof, along with a copy of the Complaint to the Defendant.

2. Judgment against the Defendant, in favor of Plaintiff, Lona Susan Helton in an amount in excess of the jurisdictional limits of this Court, said amount to be that which is determined as being fair and reasonable by all the evidence, for the following elements of damages:

    a. Past and present mental and physical pain, suffering and inconvenience.

    b. Future mental and physical pain, suffering and inconvenience.

    c. Lost wages and permanent impairment of her ability to earn money.

    d. Future medical expenses and past medical expenses; and

    e. Emotional distress, and destruction of her credit history.

4. Pre-Judgment and post-judgment interest.

5. Plaintiffs' costs expended herein, including attorney's fees.

6. Trial by jury.

7. Any and all other relief to which Plaintiff may be entitled.

This is the 22nd day of October 2024.

Respectfully submitted,

*/s/William W. Tinker, III*
William W. Tinker, III
McFarland I Tinker
716 Tom Frazier Way
P. O. Box 209
Salyersville, KY 41465
Telephone (606) 349-9000
Facsimile   (606) 349-7100
Email: bill2018@mcfarland-tinker.com
*Counsel for Plaintiff, Lona Susan Helton*